## Mary Belew, Plaintiff in Error, v. The People of the State of Illinois, Defendant in Error.

### (Not to be reported in full.)

Error to the County Court of Madison county; the Hon. HENRY B. EATON, Judge, presiding. Heard in this court at the October term, 1916. Reversed pro forma and remanded. Opinion filed April 13, 1917.

### Statement of the Case.

Prosecution by the People of the State of Illinois, plaintiff, against Mary Belew, defendant, for "leaving premises while under quarantine." From a judgment imposing a fine of $25 and costs and that defendant stand committed until said fine and costs are paid, defendant brings error.

E. L. MAHER and HARRY FAULKNER, for plaintiff in error.

No appearance for defendant in error.

MR. JUSTICE HIGBEE delivered the opinion of the court.

### Abstract of the Decision.

CRIMINAL LAW, § 595*—*when case reversed and remanded pro forma.* A judgment will be reversed pro forma and the case remanded under Rule 27, where the People, in an important criminal case, fail to file briefs.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.